IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK GEORGE MCALEESE | : | CIVIL ACTION |
| v. | : | |
| GOV. MARK SCHWEIKER, et al. | : | NO. 02-3761 |

**O R D E R**

AND NOW, this _____ day of September, 2002, IT IS ORDERED that this action be transferred, pursuant to 28 U.S.C. §1406(a), to the United States District Court for the Middle District of Pennsylvania.

_____
Fullam, Sr.J.